| State v. Collins (2001 MT 2N) | 00-274 Dismissed | 01/04/01 | Dist. 4 (Missoula) |
|---|---|---|---|
| Ernst v. District Court | 00-851 Denied | 01/04/01 | Original Proceeding Supervisory Control |
| Parker v. Dept. of Corrections | 00-575 Remanded | 01/04/01 | Original Proceeding PostConviction Relief |
| Hawkins v. Mahoney | 00-868 Denied | 01/04/01 | Original Proceeding Mandamus |
| State v. Bruce (2001 MT 3N) | 00-192 Affirmed | 01/11/01 | Dist. 4 (Missoula) |
| Tecca v. State | 00-825 Denied | 01/17/01 | Original Proceeding Habeas Corpus |
| Froehlich v. Dept. of Corrections | 00-827 Granted | 01/17/01 | Original Proceeding Mandamus |
| State v. Palmer (2001 MT 5N) | 99-530 Affirmed | 01/18/01 | Dist. 18 (Gallatin) |
| D'Amico v. Mahoney, Cox | 00-860 Denied | 01/30/01 | Original Proceeding Mandamus |
| Powell v. 3rd Jud. Dist. | 01/020 Denied | 01/30/01 | Original Proceeding Mandamus |